# EXHIBIT M

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

IMPLICIT, LLC,                )
                              )
         Plaintiff,           )
                              )
         vs.                  ) Case No. 6:16-CV-00080-JRG
                              )
TREND MICRO, INC.,            )
                              )
         Defendant.           )
_____)

NONCONFIDENTIAL PORTIONS

VIDEO-RECORDED DEPOSITION OF

DANIEL S. DECASPER, VOLUME II

Tuesday, October 3, 2017

Redwood Shores, California

Reported By:

Hanna Kim, CLR, CSR No. 13083

Job No. SF-144315

```
 1    //
 2    //
 3    //
 4    //
 5    //
 6    //
 7    //
 8    //
 9    //
10    //
11    //
12    //
13    //
```

14       (NON-CONFIDENTIAL PORTION RESUMES.)

15    Q.  Okay.  And last we spoke about scheduling                05:19:34
16 this deposition, I also asked you about coming to
17 trial, and you said you were willing to, but you
18 needed to get permission from a boss.
19    A.  Yes.
20    Q.  Have you secured that --                                  05:19:55
21    A.  I have not raised this topic.  He was out
22 for a while and just came back, and I haven't talked
23 about this yet.
24    Q.  I don't suppose you're aware yet, because
25 it happened right before you walked into this room,              05:20:07